UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

CHARLES COUPE, III,

                    Plaintiff,

vs

PRUDENTIAL FINANCIAL f/k/a Prudential
Insurance Company of America, and/or its
successors or assigns,

                    Defendant.

-----------------------------------

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

MAY - 4 2005

AT _____ O'CLOCK ___M
LAWRENCE K. BAERMAN, Clerk
UTICA

5:04-CV-196
DNH/GHL

APPEARANCES:

WILLARD R. PRATT, III, ESQ.
Attorney for Plaintiff
5224 West Seneca Street
P.O. Box 775
Vernon, New York 13476

WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
Attorneys for Defendant
White Plains Office
3 Gannett Drive
White Plains, New York 10604-3407

OF COUNSEL:

FRED N. KNOPF, ESQ.

DAVID N. HURD
United States District Judge

## ORDER

Defendant has moved for judgment on the pleadings pursuant to Fed. R. Civ. P. (2)(c). Plaintiff opposes, but fails to cite even one case. The motion was taken on submit.

Plaintiff's causes of action are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"), and the plaintiff has failed to plead a viable ERISA claim.

Therefore, it is

ORDERED, that

1. Defendant's motion is GRANTED; and

2. The complaint is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Court

Dated: May 3, 2005
Utica, New York.